# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLAINE C. WILMETH, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant. | 7:19CV5006 <br><br> **ORDER OF DISMISSAL** |

The parties have filed a Stipulation of Dismissal (Filing No. 25) advising the Court that the parties have agreed to dismiss this action with prejudice.

Accordingly,

**IT IS ORDERED** that the Stipulation of Dismissal (Filing No. 25) is approved and granted. The above-captioned case is dismissed with prejudice, with each party to pay its own costs. Judgment will be entered by separate document.

Dated this 1st day of April, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge