# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BLAINE C. WILMETH, | |
| Plaintiff, | **7:19CV5006** |
| vs. | **JUDGMENT** |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | |
| Defendant. | |

Pursuant to the Order of Dismissal entered on today's date, the above-captioned case is dismissed with prejudice, with each party to pay its own costs.

Dated this 1st day of April, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge